■ FLORENCE K. LEVINE et al., Respondents, v. EDGAR C. KRUPP et al., Appellants.— Order of the Supreme Court, Nassau County, entered April 3, 1973 in Suffolk County, affirmed, with $20 costs and disbursements. No opinion. The time within which appellants may answer the complaint is extended until 20 days after entry of the order to be made hereon. Shapiro, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.

■ MARRANO MASONS, INC., Appellant, v. BIRCHWOOD BAYSIDE, INC., Respondent.— In an action to recover damages for breach of an alleged contract, plaintiff appeals from a judgment of the Supreme Court, Westchester County, entered May 30, 1973, in favor of defendant, upon an order of the same court which was made upon defendant's motion to dismiss the complaint for failure to state a cause of action. Judgment reversed, with $20 costs and disbursements, and defendant's motion denied. Questions of fact exist concerning whether the parties had, in fact, agreed to all essential terms of a contract. Martuscello, Acting P. J., Shapiro and Benjamin, JJ., concur; Christ and Munder, JJ., dissent and vote to affirm.